874

No. 88–2112.  MARTINEZ-VILLAREAL v. ARIZONA.  Super. Ct. Ariz., County of Santa Cruz;

No. 88–7180.  JARRELLS v. GEORGIA.  Sup. Ct. Ga.;

No. 88–7217.  GAMES v. INDIANA.  Sup. Ct. Ind.;

No. 88–7222.  TASSIN v. LOUISIANA.  Sup. Ct. La.;

No. 88–7427.  BALDWIN v. ALABAMA.  Ct. Crim. App. Ala.;

No. 88–7469.  O'NEAL v. MISSOURI.  Sup. Ct. Mo.;

No. 88–7492.  KUBAT v. GREER, WARDEN, ET AL.  C. A. 7th Cir.;

No. 88–7520.  MORAN v. WHITLEY, WARDEN, ET AL.  Sup. Ct. Nev.;

No. 88–7557.  SINGLETON v. LOCKHART, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.;

No. 88–7567.  JONES v. MISSOURI.  Sup. Ct. Mo.;

No. 88–7620.  PADILLA v. NEVADA.  Sup. Ct. Nev.;

No. 89–5037.  HILL v. ALABAMA.  Ct. Crim. App. Ala.;

No. 89–5038.  BROWNLEE v. ALABAMA.  Sup. Ct. Ala.;

No. 89–5040.  THOMPSON v. ALABAMA.  Sup. Ct. Ala.;

No. 89–5060.  COLEMAN v. OKLAHOMA.  Ct. Crim. App. Okla.;

No. 89–5071.  DERRICK v. TEXAS.  Ct. Crim. App. Tex.;

No. 89–5092.  CRANK v. TEXAS.  Ct. Crim. App. Tex.;

No. 89–5093.  CAVANAUGH v. NEVADA.  Sup. Ct. Nev.;

No. 89–5099.  KINSMAN v. GEORGIA.  Sup. Ct. Ga.;

No. 89–5238.  DRISCOLL v. MISSOURI.  Sup. Ct. Mo.;

No. 89–5254.  SINGLETON v. MCKELLAR, WARDEN, ET AL.  C. A. 4th Cir.;

No. 89–5260.  TEAGUE v. TENNESSEE.  Ct. Crim. App. Tenn.;

No. 89–5270.  MELSON v. TENNESSEE.  Sup. Ct. Tenn.; and

No. 89–5399.  KILGORE v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.  Reported below: No. 88–7180, 258 Ga. 833, 375 S. E. 2d 842; No. 88–7217, 535 N. E. 2d 530; No. 88–7222, 536 So. 2d 402; No. 88–7427, 539 So. 2d 1103; No. 88–7469, 766 S. W. 2d 91; No. 88–7492, 867 F. 2d 351; No. 88–7520, 105 Nev. 1041, 810 P. 2d 335; No. 88–7557, 871 F. 2d 1395; No. 88–7567, 767 S. W. 2d 41; No. 88–7620, 104 Nev. 867; No. 89–5037, 541 So. 2d 83; No. 89–5038, 545 So. 2d 166; No. 89–5040, 542 So. 2d 1300; No. 89–5071, 773 S. W. 2d 271; No. 89–5092, 761 S. W. 2d 328; No. 89–5093, 105 Nev. 1025, 810 P. 2d 319; No. 89–5099, 259 Ga. 89, 376 S. E. 2d

845; No. 89–5238, 767 S. W. 2d 5; No. 89–5254, 873 F. 2d 1440; No. 89–5260, 772 S. W. 2d 915; No. 89–5270, 772 S. W. 2d 417; No. 89–5399, 771 S. W. 2d 57.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.